**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7411**

---

ROBERT ALLEN SARTORI,

                                    Petitioner - Appellant,

        versus

RANDY LEE, Superintendent of Caledonia Correc-
tional Institution; MICHAEL EASLEY, Attorney
General of North Carolina,

                                    Respondents - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-99-135-1-MU)

---

Submitted:  May 31, 2000              Decided:  June 16, 2000

---

Before MURNAGHAN and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Robert Allen Sartori, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Allen Sartori appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Sartori's motion for appointment of counsel, and dismiss the appeal on the reasoning of the district court. See Sartori v. Lee, No. CA-99-135-1-MU (W.D.N.C. Sept. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2